MARGARET E. DALTON (SB #241033)
maggie.dalton@stoel.com
STOEL RIVES LLP
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8858
Facsimile: (612) 373-8881

Attorneys for Plaintiff
Land O'Lakes, Inc.

JAN L. KAHN (SB #55788)
JOSH T. FOX (SB #282072)
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Land O'Lakes, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Jose D. Franco, Rose Franco, Richard Franco, and Joseph Franco,<br><br>Defendants. | Case No. 1:17-CV-00749-DAD-MJS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND ORDER SETTING MANDATORY SCHEDULING CONFERENCE** |

The above matter came before the undersigned upon the parties' Joint Motion To Amend Order Setting Mandatory Scheduling Conference. Based upon all of the files, records, and proceedings herein, the Court hereby **ORDERS** as follows:

Defendants' Joint Motion To Amend Order Setting Mandatory Scheduling Conference is **GRANTED**. The mandatory scheduling conference is reset for

February 23, 2018 at 10:00 am.

IT IS SO ORDERED.

Dated: October 23, 2017        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE