MARGARET E. DALTON (SB #241033)
maggie.dalton@stoel.com
STOEL RIVES LLP
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8858
Facsimile: (612) 373-8881

Attorneys for Plaintiff
Land O'Lakes, Inc.

JAN L. KAHN (SB #55788)
JOSH T. FOX (SB #282072)
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| Land O'Lakes, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Jose D. Franco, Rose Franco, Richard Franco, and Joseph Franco, <br><br> Defendants. | Case No. 1:17-CV-00749-DAD-MJS <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Based upon the Stipulation of Dismissal Without Prejudice, **IT IS ORDERED** that all claims asserted by Plaintiff in the above-entitled action are **DISMISSED WITHOUT PREJUDICE**, without costs or disbursements to any party.

IT IS SO ORDERED.

Dated: __February 9, 2018__         /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE