MARGARET E. DALTON (SB #241033)
maggie.dalton@stoel.com
STOEL RIVES LLP
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8858
Facsimile: (612) 373-8881

Attorneys for Plaintiff
Land O'Lakes, Inc.

JAN L. KAHN (SB #55788)
JOSH T. FOX (SB #282072)
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Land O'Lakes, Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jose D. Franco, Rose Franco, Richard Franco, and Joseph Franco,<br><br>　　　　Defendants. | Case No. 1:17-CV-00749-DAD-MJS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Based upon the Stipulation of Dismissal With Prejudice, **IT IS ORDERED** that all claims asserted by Plaintiff in the above-entitled action are **DISMISSED WITH PREJUDICE**, without costs or disbursements to any party.

IT IS SO ORDERED.

Dated:　February 11, 2018　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

95852892.2 0039116-00139